IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS JAVIER FIGUEROA AYALA

DEBTOR

CASE NO. 18-01603/EAG

CHAPTER 13

DEBTOR'S AMENDED MOTION REQUESTING ORDER
RE: RATIFICATION OF THE USE OF FUNDS FROM
2019 TAX REFUND

TO THE HONORABLE COURT:

**NOW COMES, LUIS JAVIER FIGUEROA AYALA,** the Debtor through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor's confirmed Plan dated June 7, 2018 (Docket No. 16) provides that Debtor's tax refunds will be paid into the Plan.

2. The Debtor received the 2019 tax refund ($2,273.00). The Debtor did provide to Chapter 13 Trustee a copy of the Debtor's 2019 tax return.

3. The Debtor is a Policeman working for the Puerto Rico Police force for the last 26 years. This is the Debtor's only source of income. *See Schedule I,* Docket No 01.

4. On April 5, 2022 the Debtor filed a *Debtor's Motion Requesting Order RE: Ratification of the Use of Funds From 2019 Tax Refund*, Docket No. 29, in the above captioned case.

5. On April 20, 2022 the Court granted a Trustee's request for extension of time (Docket No. 32) to submit his position regarding the aforementioned motion filed by the Debtor (Docket No. 31).

6. The Debtor hereby respectfully admits that the funds from the aforementioned tax refund were not paid into the Plan and the Debtor forgot to request prior Court

authorization for the use of the funds from above mentioned 2019 tax refund.

7. The Debtor used the 2019 tax refund to pay for: due the coronavirus lockdown, the Debtor had an extraordinary increase in the household expenses for food and utilities and monies from the 2019 tax refund were used to cover these extraordinary expenses.

8. The Debtor and the Chapter 13 Trustee have discussed this contested matter and have reached an agreement as to the Debtor's 2019 tax refund.

9. The Debtor is hereby respectfully requesting the Court to ratify the sum of $1,136.00 from the Debtor's 2019 tax refund since the same was used for a "reasonable and necessary expense", thus, its use may be ratified by the Court, not to be used for the confirmed Plan funding. 11 U.S.C. Section 105.

10. The Debtor will send to the Chapter 13 Trustee the sum of $1,137.00 or the balance in the 2019 tax refund to additionally fund the Debtor's confirmed Chapter 13 Plan. The Debtor proposes to pay to the Chapter 13 Trustee said sum of $1,137.00 as follows: the Debtor to pay a sum of $568.00 in June/2022 and a sum of $569.00 in July/2022 to cover said amount of $1,137.00.

11. Based on the above-stated, the Debtor respectfully requests this Honorable Court to Order the ratification of the use of aforementioned sum of $1,136.00 from the Debtor's 2019 tax refund, in the above captioned case, the Debtor to pay to the Chapter 13 Trustee the balance of $1,137.00, as herein stated.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2019 tax refund by the Debtor in the above captioned case.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office and to all CM/ECF participants; I also certify that a copy of this motion was sent via US Mail to the Debtor, Luis Javier Figueroa Ayala, to the address of record: PO Box 804, Gurabo PR 00778 and to creditors and parties in interest (CM/ECF non-participants) as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 5th day of May 2022.

/s/ *Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 /787-963-7699
Email: rfc@rfigueroalaw.com

```
Label Matrix for local noticing          EDUCOOP                                  US Bankruptcy Court District of P.R.
0104-3                                   PEDRO I TORRES AMADOR ESQ                Jose V Toledo Fed Bldg & US Courthouse
Case 18-01603-EAG13                      PO BOX 364966                            300 Recinto Sur Street, Room 109
District of Puerto Rico                  SAN JUAN, PR 00936-4966                  San Juan, PR 00901-1964
Old San Juan
Thu May  5 13:32:39 AST 2022

(p)ASOCIACION DE EMPLEADOS DEL ELA       AT&T Mobility                            Citi
ATTN IRITZA ORTIZ ECHEVARRIA             PO Box 537104                            PO Box 6190
PO BOX 364508                            Atlanta, GA 30353-7104                   Sioux Falls, SD 57117-6190
SAN JUAN PR 00936-4508


(p)DSNB MACY S                           EDUCOOP                                  Educoop
CITIBANK                                 PEDRO I TORRES AMADOR ESQ                PO Box 192770
1000 TECHNOLOGY DRIVE MS 777             PO BOX 364966                            San Juan, PR 00919-2770
O FALLON MO 63368-2222                   SAN JUAN, PR 00936
                                         County: SAN JUAN-PR 00936-4966

Empresas Berrios                         FEDECOOP                                 Fed Loan Serv
PO Box 674                               PO Box 270-275                           PO Box 60610
Cidra, PR 00739-0674                     San Juan, PR 00928-3075                  Harrisburg, PA 17106-0610


LVNV Funding, LLC its successors and assigns    Midland Funding                   Midland Funding LLC
assignee of Citibank, N.A.               2365 Northside Dr Ste 30                 PO Box 2011
Resurgent Capital Services               San Diego, CA 92108-2709                 Warren, MI 48090-2011
PO Box 10587
Greenville, SC 29603-0587

Navient                                  Navient Solutions, LLC. on behalf of     Sistema de Retiro ELA
PO Box 9500                              Educational Credit Management Corporatio PO Box 42003
Wilkes Barre, PA 18773-9500              PO BOX 16408                             San Juan, PR 00940-2203
                                         St. Paul, MN 55116-0408

(p)SPRINT                                Synchrony Bank                           Synchrony Bank
C O AMERICAN INFOSOURCE                  PO Box 105972                            c/o of PRA Receivables Management, LLC
4515 N SANTA FE AVE                      Atlanta, GA 30348-5972                   PO Box 41021
OKLAHOMA CITY OK 73118-7901                                                       Norfolk, VA 23541-1021


Thd/Cbna                                 U.S. Department of Education             ALEJANDRO OLIVERAS RIVERA
PO Box 6497                              c/o FedLoan Servicing                    ALEJANDRO OLIVERAS CHAPTER 13 TRUS
Sioux Falls, SD 57117-6497               P.O. Box 69184                           PO BOX 9024062
                                         Harrisburg, PA 17106-9184                SAN JUAN, PR 00902-4062


LUIS JAVIER FIGUEROA AYALA               MONSITA LECAROZ ARRIBAS                  ROBERTO FIGUEROA CARRASQUILLO
PO BOX 804                               OFFICE OF THE US TRUSTEE (UST)           PO BOX 186
GURABO, PR 00778-0804                    OCHOA BUILDING                           CAGUAS, PR 00726-0186
                                         500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AEELA
PO Box 364508
San Juan, PR 00936-4508

Dsnb Macys
PO Box 8218
Mason, OH 45040-8218

Sprint Corp
Attention Bankruptcy
PO Box 7949
Overland Park, KS 66207-0949

(d)Sprint Corp
PO Box 7949
Overland Park, KS 66207-0949

End of Label Matrix
Mailable recipients  26
Bypassed recipients   0
Total                26