IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-01603-EAG13 |
|---|---|
| LUIS JAVIER FIGUEROA AYALA | Chapter 13 |
| xx-xx-2462 | |
| Debtor(s) | FILED & ENTERED ON MAY/24/2022 |

AMENDED ORDER

The motion filed by the debtor requesting ratification of the use of funds from 2019 tax refund (docket #36) is hereby granted as unopposed. The debtor will pay to the Chapter 13 Trustee the amount of $1,137.00 as stated in its motion, the amount of $568.00 in June 2022 and $569.00 in July 2022.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24 day of May, 2022.

Edward A. Godoy
United States Bankruptcy Judge